UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA GODAT and CURTIS GODAT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:15-CV-00326 JAR |
| ) | |
| DAVOL, INC. and C. R. BARD, INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to File First Amended Complaint. (Doc. No. 19) Defendants consent to Plaintiffs' motion and request, with Plaintiffs' consent, twenty-one days from the filing of the First Amended Complaint to file responsive pleadings. (Doc. No. 20)

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File First Amended Complaint [19] is **GRANTED**. The Clerk of Court shall detach and docket Plaintiffs' Amended Complaint which was submitted as an attachment to its motion for leave.

**IT IS FURTHER ORDERED** that Defendants are granted twenty-one (21) days from the filing of the First Amended Complaint to file their responsive pleadings.

**IT IS FINALLY ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Complaint [7] is **DENIED** as moot.

Dated this 17th day of April, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE